UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 36967
   RONALD D CATCHINGS
   EMOGENE CATCHINGS                             CHAPTER 13

                                      JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6259      SSN XXX-XX-2066

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.   The case was filed on 10/06/04 and confirmed on 01/20/05.

   2.   The plan is paid in full.

   3.   The Debtor paid a total of $  18400.00 .

   4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| A J AUTO SALES | SECURED | 5000.00 | 538.41 | 5000.00 |
| FIRST MIDWEST BANK | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 2908.88 | .00 | 2908.88 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOCI | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| M M AHSAN SC MD | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | MORTGAGE ARRE | 2916.41 | .00 | 2916.41 |
| NATIONWIDE CASSEL LP | SECURED | 4000.00 | 430.76 | 4000.00 |
| NATIONWIDE CASSEL LP | UNSECURED | 472.10 | .00 | 472.10 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14825.29 | .00 | 472.10 | .00 | 15297.39 |
| PRINCIPAL PAID | 14825.29 | .00 | 472.10 | .00 | 15297.39 |
| INTEREST PAID | 969.17 | .00 | .00 | .00 | 969.17 |
| TOTAL PAID | 15794.46 | .00 | 472.10 | .00 | 16266.56 |

The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   1700.00
and was paid $    400.00  direct and $   1300.00  through the plan.

The Trustee received $     735.27 .

Refunds to the Debtor totaled $      98.17 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/07                              /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE